# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

Nov 24 2020

**ARTHUR JOHNSTON, CLERK**

November 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-60185    Boris Nichols, et al v.
                       U.S. Bank National Association, et al
                       USDC No. 2:19-MC-162

The court has granted an extension of time to and including November 30, 2020 for filing appellees'/respondents' brief in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Rebecca L. Leto, Deputy Clerk
                                504-310-7703

Mr. Daniel Durell
Mr. Arthur S. Johnston III
Mr. Boris Nichols
Ms. Tonnie Smith Nichols
Mr. William Frederick Ray